United States Bankruptcy Court

Page 1

In RE:   ROBERT ALLAN DAVIS PIKE
C/O COCA-COLA (THAILAND) LTD
214 VIBHAVADI-RANGSIT RD
BANGKOK THAILAND  10210

Case Number  **04-20846-**

SS #(1): xxx-xx-2688
SS #(2): xxx-xx-

## Final Report and Account

**Case Filed:** 7/2/2004    **Plan Confirmed:** 2/15/2005    **Case Concluded:** 8/19/2008
**This Case was Discharged/Completed**    **Report Prepared:** 01/29/2009

Pursuant to Chapter 13 Rule 2015(c), the trustee has maintained a detailed record of all receipts including the source or other identification of each receipt and of all disbursements. Copies of these detailed records will be filed with the Court, along with along with the closing report, and as provided by Chapter 13 Rule 2015(c) are incorporate by reference in this report.

**RECEIPTS:** Amount paid to the trustee by or for the Debtor for benefit of Creditors.                          **$26,692.00**

| Distributions to Creditors Creditor Name | Class | Amount Allowed | Principal Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|
| OGDEN N & SUSAN H LEWIS OR THE | Unsecured | 23,881.81 | 23,881.81 | | $0.00 |
| ROBERT ALLAN DAVIS PIKE | Debtor Refund | 752.00 | 752.00 | | $0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID — FINAL

| | Refund | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |
|---|---|---|---|---|---|---|---|---|
| Total Allowed | | $0.00 | $0.00 | $23,881.81 | $0.00 | $0.00 | $0.00 | $752.00 | $2,058.19 |
| Principal Paid | | $0.00 | $0.00 | $23,881.81 | $0.00 | $0.00 | $0.00 | $752.00 | $2,058.19 |
| Interest Paid | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | |

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| ROGER A CLEMENT JR ESQ | 0.00 | 0.00 |

### COURT COSTS & OTHER EXPENSES OF ADMINISTRATION

| Trustee Notice Fees | Trustee's Expense & Compensation Fund | Court Notice Fees | Total Cost & Expense |
|---|---|---|---|
| 0.00 | 2,058.19 | 0.00 | 2,058.19 |

### SUMMARY

| | |
|---|---|
| Receipts - Amount Paid to Trustee by Debtor | 26,692.00 |
| Total Paid to Principal & Interest | 23,881.81 |
| Refund to Debtor | 752.00 |
| Paid to Debtor's Attorney | 0.00 |
| Court Cost & Other Expenses of Administration | 2,058.19 |
| Total Disbursements | 26,692.00 |
| Remaining Funds on Hand | 0.00 |

/s/ Peter C. Fessenden
Peter C. Fessenden
STANDING CHAPTER 13 TRUSTEE

/s/ Peter C. Fessenden, Chapter 13 Standing Trustee
Standing Chapter 13 Trustee
14 Maine Street
Suite 307
Brunswick, ME 04011

Debtor(s):
ROBERT ALLAN DAVIS PIKE
C/O COCA-COLA (THAILAND) LTD
214 VIBHAVADI-RANGSIT RD
BANGKOK THAILAND, 10210

Debtor's Attorney:
ROGER A CLEMENT JR ESQ
ONE PORTLAND SQUARE
PO BOX 586
PORTLAND ME  04112-0585,